UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUDIAH LUKE HOFFMAN,<br>KELE ELIZABETH HOFFMAN,<br><br>Defendants. | Case No. 2:11-cr-257-JCM-GWF<br><br>**ORDER MODIFYING BOND** |

The Court conducted a hearing on defendant Judiah Luke Hoffman's Motion to Modify Conditions of Release, Document #20, on September 23, 2011. The Court modified Mr. Hoffman's Bond, Document #16, as follows: the condition that Mr. Hoffman have no contact with co-defendant Kele Elizabeth Hoffman was **stricken**, accordingly, the condition that Kele Elizabeth Hoffman have no contact with co-defendant Judiah Luke Hoffman is **stricken** from her Bond, Document #10. All other conditions of release previously imposed for Defendant Judiah Luke Hoffman and Defendant Kele Elizabeth Hoffman remain in full effect.

DATED this 23rd day of September, 2011.

CARL W. HOFFMAN
United States Magistrate Judge